EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | 2024 TSPR 108   |
|                            |                 |
| Lourdes Rodríguez Villalba | 214 DPR ___     |

Número del Caso:  TS-7,185


Fecha:  8 de octubre de 2024


Representante Legal de la peticionaria:

　　　　Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

TS-7,185

Lourdes Rodríguez Villalba

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de octubre de 2024.

Evaluada la moción titulada *Cumplimiento a las órdenes del Tribunal Supremo de Puerto Rico sobre la acreditación de créditos de educación continua solicitud de reinstalación de la orden de suspensión del ejercicio de la abogacía*, presentada por la Sra. Lourdes Rodríguez Villalba, se provee ha lugar a la reinstalación.

Se le apercibe a la Lcda. Lourdes Rodríguez Villalba que en una próxima ocasión no toleraremos algún tipo de conducta indiferente hacia las órdenes del Tribunal Supremo y sus organismos.

De igual manera, deberá mantener toda su información actualizada en el Registro Único de Abogados y Abogadas.

Notifíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo